UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4-10-12

MESTOUSIS ENTERPRISES, INC.

                Plaintiff,

11 Civ. 3384 (JGK)

- against -

ORDER

CONCORD BLUE INC., ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

The Court has received the Report and Recommendation of Magistrate Judge Peck dated January 27, 2012. The Report and Recommendation are well-reasoned and no objections have been filed. The Report and Recommendation are therefore adopted.

In accordance with the Report and Recommendation, the Clerk is directed to enter a judgment of default in favor of the plaintiff against the defendants, jointly and severally, for $29,342.59. The Clerk is also directed to close this case.

    SO ORDERED.

Dated:    New York, New York
            April 10, 2012

                                          John G. Koeltl
                                  United States District Judge